IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD. and HITACHI ADVANCED DIGITAL, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. 2:10-cv-260 |
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC., | ) ) ) ) ) ) ) | |
| Defendants; | ) ) | **JURY** |
| and | ) ) | |
| VIZIO, INC., | ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC. | ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

## **PLAINTIFFS' NOTICE THAT THE CASE IS READY FOR SCHEDULING CONFERENCE**

Plaintiffs and Counterclaim-Defendants Hitachi Consumer Electronics Co., Ltd. and Hitachi Advanced Digital, Inc., and Counterclaim-Defendants Hitachi, Ltd., Hitachi America, Ltd., and Hitachi Home Electronics (America), Inc., hereby notify the Court that all defendants

and counterclaim-defendants have answered and the above styled case is ready for scheduling conference. There are no motions currently pending. The patents involved in this matter are United States Patent Nos. 5,502,497, 5,534,934, 6,037,995, 6,388,713, 6,549,243, 7,012,769, 7,286,310, 6,144,412, 5,511,096, 5,621,761, 5,703,887, 5,745,522, 5,511,082, 5,396,518, and 5,233,629. There are no cases previously filed in the Eastern District of Texas involving the same patents, and no future Markman Hearing and/or Trial dates.

Dated: January 26, 2011

Respectfully Submitted,

By: *Michael A. Fisher, with permission by Michael E. Jones*
Jeffrey B. Plies -- **LEAD ATTORNEY**
jeffrey.plies@dechert.com
George W. Webb III
george.webb@dechert.com
Gretchen S. Sween
gretchen.sween@dechert.com
DECHERT LLP
300 W. 6th Street
Suite 2010
Austin, TX 78701
(512) 394-3000

Martin J. Black
martin.black@dechert.com
Michael A. Fisher
michael.fisher@dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Joshua Walsh-Benson
joshua.walsh-benson@dechert.com
Daniel Epstein
daniel.epstein@dechert.com
Tina Soriano
tina.soriano@dechert.com
Dechert LLP

{A07\NEW\NEW\W0457564.1 }

2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-1499
(650) 813-4800

Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College
Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com

*Attorneys for Plaintiffs Hitachi Consumer
Electronic, Inc. and Hitachi Advanced Digital, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 26, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                            */s/ Michael E. Jones*