IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HITACHI CONSUMER ELECTRONICS CO. LTD., ET AL, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL CASE NO. 2:10-CV-260-JRG |
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., ET AL., | § § § | JURY DEMANDED |
| | § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiffs Hitachi Consumer Electronics Co. Ltd. and Hitachi Advanced Digital, Inc. ("Hitachi") respectfully request that Joshua Walsh-Benson be permitted to withdraw as counsel of record for Hitachi in this matter.  The reason for this request is that Mr. Walsh-Benson will no longer be associated with the law firm of Dechert LLP.  No other changes are requested at this time regarding the other attorneys acting as Hitachi's counsel of record.  Defendants do not oppose this motion.

Respectfully submitted,

Dated:  March 2, 2012                    */s/ Jeffrey B. Plies*

                         Martin J. Black
                         martin.black@dechert.com
                         **LEAD ATTORNEY**
                         Dechert LLP
                         Cira Centre
                         2929 Arch Street
                         Philadelphia, PA 19104-2808
                         Telephone: (215) 994-4000

        Jeffrey B. Plies
        jeffrey.plies@dechert.com
        Dechert LLP
        300 W. 6th Street, Suite 2010
        Austin, TX 78701
        Telephone: (512) 394-3000

*Attorneys for Plaintiffs Hitachi Consumer Electronics Co. Ltd. and Hitachi Advanced Digital, Inc.*

**OF COUNSEL:**

Otis W. Carroll
Texas Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
(903) 561-1600
(903) 581-1071
fedserv@icklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 2nd day of March, 2012.

          ___*/s/ Jeffrey B. Plies*___
          Jeffrey B. Plies

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Defendants in this matter, and Defendants do not oppose this motion.

          ___*/s/ Jeffrey B. Plies*___
          Jeffrey B. Plies