**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC., <br><br> Defendants; <br><br> and <br><br> VIZIO, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC. <br><br> Counterclaim-Defendants, | CIVIL ACTION NO. 2:10-CV-260-JRG <br><br><br> **JURY** |

**PAGE 1**

## JOINT NOTICE OF AGREED MEDIATOR

Plaintiffs Hitachi Consumer Electronics Co., Ltd. And Hitachi Advanced Digital, Inc. and Defendants Top Victory Electronics (Taiwan) Co. Ltd., TPV Int'l (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co. Ltd., TPV Electronics (Fujian) Co. Ltd. And TPV Technology Ltd., Vizio, Inc. respectfully submit this Joint Notice of Agreement as to the appointment of the Honorable Edward Infante as mediator in this case, and subject to the Court's approval, they request that he be appointed as such.

Judge Infante's contact information is as follows:

> JAMS
> Two Embarcadero Center
> Suite 1500
> San Francisco, CA 94111
> Phone:  415-982-5267
> Fax:  415-982-5287
> einfante@jamsadr.com

DATED:  May 4, 2012                                  Respectfully submitted,

*/s/ Jeffrey B. Plies*
Martin J. Black - **LEAD ATTORNEY**
martin.black@dechert.com
Jeffrey S. Edwards
jeffrey.edwards@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Jeffrey B. Plies
jeffrey.plies@dechert.com

Stephen Dartt
Stephen.dartt@dechert.com
DECHERT LLP
300 W. 6th Street
Suite 2010
Austin, TX 78701
(512) 394-3000

Otis W. Carroll
Tex. Bar No. 03895700
Patrick Kelley
Tex. Bar No. 11202500
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
(903) 561-1600
(903) 581-1071 (fax)
fedserv@icklaw.com

*Attorneys for Hitachi Consumer Electronics Co., Ltd. And Hitachi Advanced Digital, Inc.*

By:<u>*/s/ Brian M. Berliner (with permission)*</u>
Mark A. Samuels (*Pro Hac Vice*) - *Lead Counsel*
Brian M. Berliner (*Pro Hac Vice*)
Nicholas J. Whilt (*Pro Hac Vice*)
O'MELVENY &MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Michael Myers (*Pro Hac Vice*)
O'MELVENY &MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
William J. Cornelius, Jr.
Texas Bar No. 04834700
wc@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

*Attorneys for Defendants and Counterclaim-Plaintiffs Top Victory Electronics (Taiwan) Co.,Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co., Ltd., TPV Electronics (Fujian) Co., Ltd., and TPV Technology, Ltd.*

By: */s/ Steven J. Corr (with permission)*

Kevin G. McBride (*pro hac vice*) – LEAD ATTORNEY
Steven J. Corr (*pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: kgmcbride@jonesday.com
Email: sjcorr@jonesday.com

Mark J. Ziegelbein
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: mjziegelbein@jonesday.com

*Counsel for Defendant and Counterclaimant Vizio, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 4th day of May, 2012.

*/s/ Jeffrey B. Plies*

14439972.1.LITIGATION 5/4/2012 5:04 PM