**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC., <br><br> Defendants; <br><br> and <br><br> VIZIO, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC. <br><br> Counterclaim-Defendants, | CIVIL ACTION NO. 2:10-CV-260-JRG <br><br><br> **<u>JURY</u>** |

## **<u>DOCKET CONTROL ORDER</u>**

| Date | Event |
|---|---|
| April 1, 2013 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |

| | |
|---|---|
| March 18, 2013 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** |
| March 13, 2013 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*.  The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 11, 2013 | *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* |
| March 4, 2013 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com. |
| February 25, 2013 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| February 25, 2013 | Serve Objections to Rebuttal Pretrial Disclosures |
| February 18, 2013 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| February 4, 2013 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| January 7, 2013 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| January 7, 2013 | Deadline to Complete Expert Discovery |
| December 15, 2012 | File Joint Proposal for Streamlining Case For Trial |
| December 13, | Parties to Meet and Confer Regarding Proposal for Streamlining Case For |

| 2012 | Trial |
|---|---|
| December 10, 2012 | Serve Disclosures for Rebuttal Expert Witnesses |
| November 19, 2012 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 19, 2012 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| November 12, 2012 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| November 7, 2012 | Deadline to Complete Mediation |
| October 31, 2012 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| October 10, 2012 | *Claim Construction Hearing – 1:30 p.m. in **Marshall, Texas** |
| September 26, 2012 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| September 19, 2012 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| September 12, 2012 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| August 29, 2012 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) |
| August 29, 2012 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| August 15, 2012 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| August 8, 2012 | File Response to Amended Pleadings |
| July 25, 2012 | *File Amended Pleadings |

|  | It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
|---|---|
| August 1, 2012 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| July 23, 2012 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| July 2, 2012 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| June 22, 2012 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| May 18, 2012 | Join Additional Parties |
| May 11, 2012 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| May 4, 2012 | *File Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order |
| May 4, 2012 | *File Notice of Mediator |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**IT IS SO ORDERED**

**So ORDERED and SIGNED this 16th day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE