**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **HITACHI CONSUMER ELECTRONICS CO., LTD. , ET AL** | § § § | |
| **VS.** | § § | Civil Case No. 2:10-CV-260 |
| **TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., ET AL** | § § § | **JURY TRIAL DEMANDED** |

## NOTICE OF SUBPOENA TO COMCAST CORPORATION

Please take notice that Plaintiffs Hitachi Consumer Electronics Co., Ltd and Hitachi Advanced Digital, Inc. ("Hitachi") requests the production of documents by third-party Comcast Corporation ("Comcast"), pursuant to rules 34 and 35 of the Federal Rules of Civil Procedure and the attached subpoena, at 10:00 a.m. on June 7, 2012, at the offices of Dechert, LLP, 2440 W. El Camino real, Suite 700, Mountain View, California 94040, or at such other mutually agreeable time and place.

Dated: May 31, 2012

Respectfully submitted,

BY: /s/ Patrick Kelley
Otis Carroll
Texas Bar No. 03895700
nancy@icklaw.com
Patrick Kelley
Texas State Bar No. 11202500
patkelley@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071

ATTORNEYS FOR PLAINTIFFS
HITACHI CONSUMER ELECTRONICS CO.,
LTD and HITACHI ADVANCED DIGITAL, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via electronic delivery or U.S. mail this 31st day of May, 2012.

/s/ Patrick Kelley