**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>   Plaintiff,<br><br> v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>   Defendants;<br><br>and<br><br>VIZIO, INC.,<br><br>   Counterclaim-Plaintiff,<br><br> v.<br><br>HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC.<br><br>   Counterclaim-Defendants, | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br><br><br><u>**JURY**</u> |

**AMENDED DOCKET CONTROL ORDER**

| Date | Event |
|---|---|
| April 1, 2013 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |

| | |
|---|---|
| March 18, 2013 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** |
| March 13, 2013 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 11, 2013 | *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* |
| March 4, 2013 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com. |
| February 25, 2013 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| February 25, 2013 | Serve Objections to Rebuttal Pretrial Disclosures |
| February 18, 2013 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| February 4, 2013 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| January 7, 2013 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| January 7, 2013 | Deadline to Complete Expert Discovery |
| December 15, 2012 | File Joint Proposal for Streamlining Case For Trial |
| December 13, | Parties to Meet and Confer Regarding Proposal for Streamlining Case For |

| | |
|---|---|
| 2012 | Trial |
| December 10, 2012 | Serve Disclosures for Rebuttal Expert Witnesses |
| November 19, 2012 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 19, 2012 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| November 12, 2012 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| November 7, 2012 | Deadline to Complete Mediation |
| October 31, 2012 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| October 10, 2012 | *Claim Construction Hearing – 1:30 p.m. in **Marshall, Texas** |
| September 26, 2012 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| September 19, 2012 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| September 12, 2012 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| August 29, 2012 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) |
| August 29, 2012 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs

Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| August 22, 2012 | Comply with P.R. 3-3 & 3-4(b) (Invalidity Contentions) as to U.S. Patent Nos. 7,889,281 and 8,009,375 |
| August 17, 2012 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |

| | |
|---|---|
| August 15, 2012 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| August 12, 2012 | Deadline to provide P.R. 4-2 counter-constructions to any supplemental P.R. 4-1 claim terms |
| August 10, 2012 | Deadline to supplement P.R. 4-1 claim terms and P.R. 4-2 proposed constructions in view of P.R. 3-3 contentions |
| August 8, 2012 | File Response to Amended Pleadings |
| August 3, 2012 | Comply with P.R. 3-3 (Invalidity Contentions) (except as to U.S. Patent Nos. 7,889,281 and 8,009,375) |
| July 25, 2012 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| July 23, 2012 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions); Comply with P.R. 3-4(b) (Prior Art Production) (except as to U.S. Patent Nos. 7,889,281 and 8,009,375) |
| July 2, 2012 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| June 22, 2012 | Comply with P.R. 3-4(a) |
| May 18, 2012 | Join Additional Parties |
| May 11, 2012 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| May 4, 2012 | *File Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order |
| May 4, 2012 | *File Notice of Mediator |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**IT IS SO ORDERED**

**So ORDERED and SIGNED this 7th day of June, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE