IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HITACHI CONSUMER ELECTRONICS CO. LTD., and HITACHI ADVANCED DIGITAL, INC., | § | |
| Plaintiffs, | § | Civil Action No. 2:10-cv-260-JRG |
| v. | § | |
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC. | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| and | § | |
| VIZIO, INC., | § | |
| Counterclaim-Plaintiff, | § | |
| v. | § | |
| HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC. | § | |
| Counterclaim-Defendants. | | |

**VIZIO, INC.'S NOTICE OF INITIAL DISCLOSURES PURSUANT TO THE COURT'S DISCOVERY ORDER**

Defendant and Counterclaim-Plaintiff VIZIO, Inc. ("VIZIO") hereby provides notice to the Court that it has served its initial disclosures pursuant to Paragraph 1 of the Discovery Order (Dkt. 86) on every other party in this matter.

Dated: June 7, 2012

Respectfully submitted,

*/s/ Todd E. Landis*

Kevin G. McBride *(pro hac vice)*
kmcbride@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213.254.1200
Facsimile: 213.254.1201

Todd E. Landis
State Bar No. 24030226
tlandis@akingump.com
Eric J. Klein
State Bar No. 24041258
eklein@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT VIZIO, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 7, 2012.

*/s/ Todd E. Landis*
Todd E. Landis