IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>        Defendants;<br><br>and<br><br>VIZIO, INC.,<br><br>        Counterclaim-Plaintiff,<br><br>  v.<br><br>HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC.<br><br>        Counterclaim-Defendants, | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br><br><br><br><br><br>**JURY** |

**ORDER GRANTING HITACHI'S MOTION FOR LEAVE TO AMEND ITS**
**PRELIMINARY INVALIDITY CONTENTIONS UNDER P.R. 3-6(B)**

The Court has considered Counterclaim-defendants Hitachi, Ltd., Hitachi Consumer

Electronics Co. Ltd., Hitachi Advanced Digital, Inc., Hitachi America, ltd., and Hitachi Home

Electronics (America), Inc. ("Hitachi") motion to amend its Preliminary Invalidity Contentions pursuant to P.R. 3-6(b). The Motion is not opposed. (Dkt. No. 179.) Accordingly, the Court GRANTS the Motion and ORDERS Hitachi to serve its Amended Contentions within seven days of this Order.

**So ORDERED and SIGNED this 28th day of November, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE