# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>            Defendants;<br><br>and<br><br>VIZIO, INC.,<br><br>            Counterclaim-Plaintiff,<br><br>    v.<br><br>HITACHI, LTD., HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC., HITACHI AMERICA, LTD., and HITACHI HOME ELECTRONICS (AMERICA), INC.<br><br>            Counterclaim-Defendants, | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br><br><br><br><br>**JURY** |

## JOINT MOTION TO STREAMLINE CASE

Pursuant to the Amended Docket Control Order, D.I. 201, the Plaintiffs and

Counterclaim-defendants Hitachi Consumer Electronics Co. Ltd., Hitachi Advanced Digital,

Inc., Hitachi, Ltd., Hitachi America, ltd., and Hitachi Home Electronics (America), Inc. ("Hitachi"), Defendants and Counterclaim Top Victory Electronics (Taiwan) Co. Ltd., TPV Int'l (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co. Ltd., TPV Electronics (Fujian) Co. Ltd. And TPV Technology Ltd., and Counterclaim-Plaintiff (VIZIO, Inc.), submit they have met-and-conferred about streamlining the case for trial and jointly submit this joint proposal.

Hitachi has agreed to reduce the number of asserted claims from the more than 70 in its original infringement contentions to the following 25 claims:

    USP 7,012,769: 9

    USP 7,286,310: 7

    USP 8,009,375: 26, 30, 32

    USP 5,502,497: 14, 15, 16

    USP 6,549,243: 1, 2, 4, 5, 8

    USP 7,889,281: 9, 17

    USP 6,144,412: 11, 12, 15, 17, 18

    USP 5,534,934: 1

    USP 6,037,995: 1

    USP 6,388,713: 1, 3, 6

TPV has agreed to withdraw its equitable affirmative defenses of laches, estoppel, waiver, acquiescence, and unclean hands, and VIZIO has agreed to withdraw its equitable affirmative defenses of estoppel, laches, and prosecution laches, thereby resolving several issues identified for potential summary judgment in Hitachi's letter briefs. *See* Hitachi's letter brief requesting leave to file a motion for summary judgment as to VIZIO's Second Affirmative

Defense of estoppel, Fourth Affirmative Defense of laches, and Seventh Affirmative Defense of prosecution laches (Dkt. No. 166) and Hitachi's letter brief requesting leave to file a motion for summary judgment as to TPV's Fifth Affirmative Defense of laches, estoppel, waiver, acquiescence and/or unclean hands (Dkt. No. 167).  VIZIO has further agreed to drop three of the seven patents asserted in its infringement counterclaims, namely U.S. Patent Nos. 5,233,629, 5,396,518, and 5,703,887.

The parties are continuing to negotiate further reductions in the number of asserted patents, asserted claims, and defenses, including a specific proposal for a further reduction in VIZIO's counterclaims for infringement, which Hitachi is presently considering. The parties also propose another round of meet-and-confers by January 29, 2013, and another proposal to be filed with the Court by February 1, 2013, to codify any further agreed reductions in the number of asserted patents, claims and defenses.

In view of the foregoing, the parties respectfully request entry of the attached Proposed Order that includes the foregoing proposals.

                                            Respectfully submitted,

Dated: January 04, 2013                */s/ Jeffrey B. Plies*
                                            Martin J. Black
                                            martin.black@dechert.com
                                            Dechert LLP
                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA 19104
                                            (215) 994-4000

                                            Jeffrey B. Plies (State Bar No. 24027621)
                                            Jeff.Plies@dechert.com
                                            Stephen R. Dartt (State Bar No. 24042370)
                                            Stephen.Dartt@dechert.com
                                            DECHERT LLP
                                            300 W. 6th Street
                                            Suite 2010
                                            Austin, TX 78701
                                            (512) 394-3000

                                            *Attorneys for Plaintiffs/Counterclaim-Defendants*
*Hitachi Consumer Electronics Co., Ltd. and Hitachi Advanced Digital, Inc. and Counterclaim-Defendants Hitachi, Ltd., Hitachi America, Ltd. and Hitachi Home Electronics (America), Inc.*

/s/ Kevin G. McBride
Kevin G. McBride (*pro hac vice*)
kmcbride@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: 213.254.1200
Facsimile: 213.254.1201

Todd E. Landis
State Bar No. 24030226
tlandis@akingump.com
Eric J. Klein
State Bar No. 24041258
eklein@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343

*Attorneys for Defendant and Counterclaimant VIZIO, Inc.*

/s/Vision Winter
Brian M. Berliner (*pro hac vice*)
Mark A. Samuels (*pro hac vice*)
Vision Winter (*pro hac vice*)
O'MELVENY & MYERS
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Facsimile: 213.430.6407

*Attorneys for Defendants and Counter-Claim Plaintiffs Top Victory Electronics (Taiwan) Co., Ltd., TPV Int'l (USA), Inc., Envision Peripherals, Inc., Top Victory electronics (Fujian) Co. Ltd., TPV Technology Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of January, 2013, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires. Local Rule CV-5(a)(3)(A).

/s/Jeffrey B. Plies
Jeffrey B. Plies

## CERTIFICATE OF CONFERENCE

Jeffrey Plies, counsel for Hitachi, has complied with the meet and confer requirement in Local Rule CV-7(h). In personal conferences with counsel for Defendants, the parties have agreed to jointly file this motion.

/s/Jeffrey B. Plies
Jeffrey B. Plies

14782705.1.LITIGATION