# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOP VICTORY ELECTRONICS (TAIWAN)CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG <br><br><br> JURY |

**DECLARATION OF JEFFREY B. PLIES IN SUPPORT OF HITACHI'S REPLY IN FURTHER SUPPORT OF MOTION TO STRIKE CERTAIN WITNESSES FROM DEFENDANTS' TRIAL WITNESS LIST**

I, Jeffrey B. Plies, declare as follows:

1. I am an attorney with Dechert LLP, counsel for Plaintiffs Hitachi Consumer Electronics Co., Ltd. and Hitachi Advanced Digital, Inc. I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of and e-mail chain between James Ragon of Dechert and Dan Moffett and Eric Klein of Akin Gump, dated September 4, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Sharon Gagliardi of Dechert to Dan Moffett of Akin Gump and Vision Winter of O'Melveny & Myers, dated October 3, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of an e-mail from Marty Black of Dechert to Vision Winter, dated November 19, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 14, 2013, in Austin, Texas.

/s/ *Jeffrey B. Plies*
Jeffrey B. Plies
Attorney for Plaintiffs
*Plaintiffs Hitachi Consumer Electronics Co., Ltd. and Hitachi Advanced Digital, Inc.*