# EXHIBIT 2



Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

**SHARON K. GAGLIARDI**

sharon.gagliardi@dechert.com
+1 215 994 2278  Direct
+1 215 655 2278  Fax

October 3, 2012

**VIA EMAIL**

Dan Moffett
633 West Fifth Street
Suite 5000
Los Angeles, CA 90071-2081

Vision L. Winter
O'Melveny & Myers - LA
400 South Hope Street
Los Angeles, Ca 90071-2899

Re:  *Hitachi Consumer Electronics Co., Ltd., et al. v. Top Victory Electronics (Taiwan) Co. Ltd., et al.,* Case No. 2:10-CV-260-JRG, in the Eastern District of Texas

Dear Counsel:

Neither TPV nor Vizio has yet to provide a single proposed witness and deposition date in response to Hitachi's 30(b)(6) notices served more than a month ago.  Hitachi has repeatedly requested proposed dates to no avail.  Please confirm your availability for a meet-and-confer on this issue at 10am PST on Friday, October 5 or propose alternative days and times.  Please also be prepared to discuss the status of the production of documents and code in response to Hitachi's deficiency letters and Hitachi's proposal concerning representative products.

Relatedly, because there is little time remaining for fact discovery, Hitachi proposes that all parties make a good faith effort to identify those witnesses (*e.g.*, corporate face witnesses) that they believe it is likely they will bring to trial, so that they can be deposed before the close of fact discovery.  Please let me know if Defendants agree and are willing to exchange such witness lists in the near future.

Sincerely,

*/s/ Sharon K. Gagliardi*

Sharon K. Gagliardi