# EXHIBIT 3

| | |
|---|---|
| **From:** | Black, Martin |
| **Sent:** | Monday, November 19, 2012 11:58 AM |
| **To:** | Winter, Vision |
| **Cc:** | Deron Dacus; Samuels, Mark; Talab, Lynn; Pat Kelley; Dianne Adams; All Hitachi v TPV-Vizio; Fleming, Laura; 'sharon@icklaw.com'; 'patkelley@icklaw.com'; 'nancy@icklaw.com'; 'VIZIO-HITACHI@akingump.com'; Plies, Jeffrey |
| **Subject:** | RE: Hitachi v. TPV |

Vision,

Hitachi does not understand why these third-party subpoenas are being served one business day prior to the close of fact discovery. The parties have had six months to complete fact discovery. Moreover, Defendants included the Sky Cable and Digicipher reference in their August 3 invalidity contentions and presumably knew of them much earlier. Further, Defendants made specific reference to the fact they had already obtained or would obtain through third-party discovery information concerning the public disclosure of their alleged prior art. However, no such third-party discovery was initiated or produced. We assumed that you were not pursuing those references and have taken no steps to initiate discovery of our own as a result. We do not see the basis for extending the deadline under the circumstances and cannot agree to your request.

Regards,

Marty


**From:** Winter, Vision [mailto:vwinter@omm.com]
**Sent:** Friday, November 16, 2012 2:20 PM
**To:** Plies, Jeffrey; Dianne Adams; All Hitachi v TPV-Vizio; Fleming, Laura; 'sharon@icklaw.com'; 'patkelley@icklaw.com'; 'nancy@icklaw.com'; 'VIZIO-HITACHI@akingump.com'
**Cc:** Deron Dacus; Samuels, Mark; Talab, Lynn; Pat Kelley
**Subject:** RE: Hitachi v. TPV

Jeff,

TPV expects to reach an agreement with DirecTV and Google to extend the dates for compliance with the subpoenas. Will Hitachi oppose a motion to extend the fact discovery deadline for the limited purpose of this 3rd party discovery?

Thanks,

Vision


**From:** Plies, Jeffrey [mailto:Jeffrey.Plies@dechert.com]
**Sent:** Friday, November 16, 2012 11:02 AM
**To:** Dianne Adams; All Hitachi v TPV-Vizio; Fleming, Laura; 'sharon@icklaw.com'; 'patkelley@icklaw.com'; 'nancy@icklaw.com'; 'VIZIO-HITACHI@akingump.com'
**Cc:** Deron Dacus; Winter, Vision; Samuels, Mark; Talab, Lynn; Pat Kelley
**Subject:** RE: Hitachi v. TPV

Daron,

Please inform us by close of business today as to whether Defendants in good faith expect any third-party depositions to proceed on Monday, November 19, as indicated by the subpoenas. Given the unreasonably short notice, we assume they will not, but please confirm.

Regards,

Jeff

**From:** Dianne Adams [mailto:DAdams@dacusfirm.com]
**Sent:** Friday, November 16, 2012 12:25 PM
**To:** All Hitachi v TPV-Vizio; Fleming, Laura; 'sharon@icklaw.com'; 'patkelley@icklaw.com'; 'nancy@icklaw.com'; 'VIZIO-HITACHI@akingump.com'
**Cc:** Deron Dacus; vwinter@omm.com; msamuels@omm.com; Talab, Lynn (LTalab@OMM.com)
**Subject:** Hitachi v. TPV

Dear Counsel,
Please see the attached.

Thank you,
Dianne Adams

**Dianne Adams**
The Dacus Firm, P.C.
Legal Assistant

903 /705-1117 Phone & Fax
903 /705-7231 Direct dial
dadams@dacusfirm.com

821 ESE Loop 323, Suite 430
Tyler, TX 75701



THE **DACUS** FIRM
ATTORNEYS & COUNSELORS AT LAW

The information in this email message is attorney privileged and confidential. If you are not the intended recipient, or the person responsible to deiver it to the intended recipient, you are notified that any dissemination or copying of this communication is prohibited.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.