**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC., | |
| Plaintiffs, | CIVIL ACTION NO. 2:10-CV-260-JRG |
| v. | |
| TOP VICTORY ELECTRONICS (TAIWAN)CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC., | **JURY** |
| Defendants. | |

**JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT OF**
**NON-INFRINGEMENT OF CLAIM 32 OF U.S. PATENT NO. 8,009,375**

Plaintiffs Hitachi Consumer Electronics Co., Ltd. and Hitachi Advanced Digital, Inc. (collectively "Hitachi") and Top Victory Electronics (Taiwan) Co. Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co., Ltd., TPV Electronics (Fujian) Co. Ltd., TPV Technology Ltd. (collectively, "Defendants") file this joint motion to enter a stipulated partial summary judgment that Defendants do not infringe claim 32 of United States Patent No. 8,009,375 ("'375 Patent").

1.      On November 13, 2012, the Court issued its *Markman* order construing the claims of the Patents-in-Suit, including the claims of the '375 Patent.  Dkt. No. 170.

2.      The Court construed the term "control signal information" in claim 32 of the '375 Patent to mean "data used to control a recording or playback process."  *See* Dkt. 170 at 31-36.

1

3.      Based on the record and the Court's construction of the "control signal information" limitation of the '375 Patent, the "control signal information" limitation is not found to be literally present in the accused products or present under the doctrine of equivalents, and Defendants are entitled to judgment of non-infringement of claim 32 of the '375 Patent.

4.      Accordingly, a stipulated summary judgment of non-infringement of claim 32 of the '375 Patent should be entered, and Defendants' remaining counterclaims and defenses regarding claim 32 of the '375 Patent should be dismissed without prejudice.

5.      This motion shall not be considered a waiver of Hitachi's right to appeal the Court's November 13, 2012, *Markman* order or the judgment entered pursuant to this Joint Motion for Partial Summary Judgment of Non-infringement of Claim 32 of U.S. Patent No. 8,009,375.  Hitachi anticipates that it may appeal the Court's construction of the term "control signal information" in claim 32 of the '375 Patent and the Court's judgment based upon that construction.

Dated:  April 2, 2013                                          Respectfully submitted,


                                                               */s/ Jeffrey B. Plies*
                                                               Martin J. Black - LEAD ATTORNEY
                                                               martin.black@dechert.com
                                                               DECHERT LLP
                                                               Cira Centre
                                                               2929 Arch Street
                                                               Philadelphia, PA  19104
                                                               (215) 994-4000

                                                               Jeffrey B. Plies (State Bar No. 24027621)
                                                               Jeff.Plies@dechert.com
                                                               Stephen R. Dartt (State Bar No. 24042370)
                                                               Stephen.Dartt@dechert.com
                                                               DECHERT LLP
                                                               300 W. 6th Street, Suite 2010
                                                               Austin, TX  78701
                                                               (512) 394-3000

                                                               OF COUNSEL:
                                                               Otis W. Carroll
                                                               Texas Bar No. 03895700
                                                               Patrick Kelley
                                                               Texas Bar No. 11202500
                                                               IRELAND, CARROLL & KELLEY, P.C.
                                                               6101 South Broadway, Suite 500
                                                               Tyler, TX  75703
                                                               (903) 561-1600
                                                               (903) 581-1071 (fax)
                                                               nancy@icklaw.com
                                                               patkelley@icklaw.com

                                                               *Attorneys for Plaintiffs Hitachi Consumer
                                                               Electronics Co., Ltd. and Hitachi Advanced Digital,
                                                               Inc.*

3

Dated:  April 2, 2013                          Respectfully submitted,

                                               */s/ Vision L. Winter (w/permission)*
                                               Mark A. Samuels (*Pro Hac Vice*) - *Lead Counsel*
                                               Brian M. Berliner (*Pro Hac Vice*)
                                               Ryan K. Yagura (*Pro Hac Vice*)
                                               Vision L. Winter (*Pro Hac Vice*)
                                               O'MELVENY & MYERS LLP
                                               400 South Hope Street
                                               Los Angeles, CA  90071-2899
                                               Telephone:    (213) 430-6000

                                               Deron R. Dacus (Texas Bar No. 00790553)
                                               THE DACUS FIRM, P.C.
                                               821 ESE Loop 323, Suite 430
                                               Tyler, TX  75701
                                               Telephone and Fax:  (903) 705-1117

                                               Todd E. Landis (Texas Bar No. 24030226)
                                               Eric J. Klein (Texas Bar No. 24041258)
                                               AKIN GUMP STRAUSS HAUER & FELD LLP
                                               1700 Pacific Avenue, Suite 4100
                                               Dallas, TX  75201
                                               Telephone:  (214) 969-2800

                                               *Attorneys for Defendants Top Victory Electronics*
                                               *(Taiwan) Co., Ltd., TPV International (USA), Inc.,*
                                               *TPV Electronics (Fujian) Co., Ltd., Top Victory*
                                               *Electronics (Fujian) Co., Ltd., TPV Technology*
                                               *Ltd., and Envision Peripherals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 2, 2013.

*/s/ Jeffrey B. Plies*
Jeffrey B. Plies