**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC. | |
| Plaintiff, | CIVIL ACTION NO. 2:10-CV-260-JRG |
| v. | |
| TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC. | <u>JURY</u> |
| Defendants. | |

## <u>JOINT MOTION TO ENTER AGREED PROPOSED ORDER REGARDING SEVERANCE</u>

Plaintiff Hitachi Consumer Electronics Co., Ltd. ("Hitachi" or "Plaintiff") and

Defendants Top Victory Electronics (Taiwan) Co. Ltd., TPV International (USA), Inc., Envision

Peripherals, Inc., Top Victory Electronics (Fujian) Co., Ltd., TPV Electronics (Fujian) Co. Ltd.,

TPV Technology Ltd., (collectively "TPV" or "Defendants") jointly move the Court to enter the

attached Proposed Order Granting-in-Part Hitachi's Motion to Sever and Stay Litigation of

Certain Patents Pursuant to Federal Rule of Civil Procedure 21.

On April 2, 2013, Hitachi filed its Motion to Sever and Stay Litigation of Certain Patents

Pursuant to Federal Rule of Civil Procedure 21 (Docket No. 296).  TPV opposed.  Pursuant to

the Court's instructions at the April 2, 2013, Pre-Trial Conference, the parties have conferred and

agreed on a proposed order to be entered severing certain claims, defenses, and counterclaims.

1

The parties respectfully request that the Court enter the attached proposed order, which TPV approves as to form only.

Dated:  April 4, 2013                                  Respectfully submitted,


                                                      */s/ Jeffrey B. Plies*
                                                      Martin J. Black - LEAD ATTORNEY
                                                      martin.black@dechert.com
                                                      DECHERT LLP
                                                      Cira Centre
                                                      2929 Arch Street
                                                      Philadelphia, PA  19104
                                                      (215) 994-4000

                                                      Jeffrey B. Plies (State Bar No. 24027621)
                                                      Jeff.Plies@dechert.com
                                                      Stephen R. Dartt (State Bar No. 24042370)
                                                      Stephen.Dartt@dechert.com
                                                      DECHERT LLP
                                                      300 W. 6th Street, Suite 2010
                                                      Austin, TX  78701
                                                      (512) 394-3000

                                                      OF COUNSEL:
                                                      Otis W. Carroll
                                                      Texas Bar No. 03895700
                                                      Patrick Kelley
                                                      Texas Bar No. 11202500
                                                      IRELAND, CARROLL & KELLEY, P.C.
                                                      6101 South Broadway, Suite 500
                                                      Tyler, TX  75703
                                                      (903) 561-1600
                                                      (903) 581-1071 (fax)
                                                      nancy@icklaw.com
                                                      patkelley@icklaw.com

                                                      *Attorneys for Plaintiffs Hitachi Consumer
                                                      Electronics Co., Ltd. and Hitachi Advanced Digital,
                                                      Inc.*

Dated:  April 4, 2013

Respectfully submitted,

Mark A. Samuels (*Pro Hac Vice*) - *Lead Counsel*
Brian M. Berliner (*Pro Hac Vice*)
Ryan K. Yagura (*Pro Hac Vice*)
Vision L. Winter (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000

Deron R. Dacus (Texas Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Telephone and Fax:  (903) 705-1117

*Attorneys for Defendants Top Victory Electronics
(Taiwan) Co., Ltd., TPV International (USA), Inc.,
TPV Electronics (Fujian) Co., Ltd., Top Victory
Electronics (Fujian) Co., Ltd., TPV Technology
Ltd., and Envision Peripherals, Inc.*


 */s/ Eric J. Klein (w/permission)*
Todd E. Landis (Texas Bar No. 24030226)
Eric J. Klein (Texas Bar No. 24041258)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
Telephone:  (214) 969-2800

Daniel L. Moffett (Texas Bar No. 24051068)
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Covent Street, Suite 1500
San Antonio, TX  78205
Telephone:  (210) 281-7000

*Attorneys for Defendants Top Victory Electronics
(Taiwan) Co., Ltd., TPV International (USA), Inc.,
TPV Electronics (Fujian) Co., Ltd., Top Victory
Electronics (Fujian) Co., Ltd., TPV Technology
Ltd., and Envision Peripherals, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 4, 2013.

*/s/ Jeffrey B. Plies*
Jeffrey B. Plies