**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG <br><br><br> **JURY** |

**ORDER ON JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NON-INFRINGEMENT OF CLAIM 32 OF U.S. PATENT NO. 8,009,375**

Before the Court is Hitachi's and Defendants' Joint Motion for Partial Summary Judgment of Non-Infringement of Claim 32 of U.S. Patent No. 8,009,375 (the "'375 Patent").

In said Motion, the parties have stipulated that based on the record and the Court's construction of the "control signal information" limitation of the '375 Patent, the "control signal information" limitation is not found to be literally present in the accused products or present under the doctrine of equivalents, and Defendants are entitled to judgment of non-infringement of claim 32 of the '375 Patent. In view of this stipulation, the Court hereby GRANTS the Motion, and enters judgment that claim 32 of the '375 Patent is not infringed by Defendants' products. This judgment is without prejudice to the parties' rights to appeal this judgment and the Court's claim construction Order. Defendants' remaining counterclaims and defenses regarding claim 32 of the '375 Patent are dismissed without prejudice.

**So Ordered and Signed on this**

**Apr 4, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE