IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN)CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br>JURY |

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' CLAIMS OF INFRINGEMENT OF CLAIMS 1 AND 2 OF U.S. PATENT NO. 6,549,243 AND CLAIM 14 OF U.S. PATENT NO. 5,502,497

Having considered Plaintiffs' Unopposed Motion to Dismiss With Prejudice Plaintiffs' Claims of Infringement of Claims 1 and 2 of U.S. Patent No. 6,549,243 and Claim 14 of U.S. Patent No. 5,502,497, the motion is hereby GRANTED.  Plaintiffs' claims of infringement of claims 1 and 2 of U.S. Patent No. 6,549,243 and claim 14 of U.S. Patent No. 5,502,497 are hereby DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 8th day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE