# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br>**STIPULATED MOTION OF DISMISSAL** |

It is hereby stipulated by and between counsel for plaintiffs Hitachi Consumer Electronics, Co., Ltd. and Hitachi Advanced Digital, Inc., and counsel for defendant VIZIO Inc., as follows:

    1.    All claims, defenses and counterclaims in the above-captioned action between the parties are dismissed with prejudice.

    2.    Each party will bear its own costs and attorneys' fees.

    3.    This Court will retain jurisdiction to enforce the Settlement Agreement between the parties, dated April 1, 2013 (including its exhibits), of which this Stipulation forms a part.

In view of the foregoing, the parties respectfully move pursuant to Federal Rules of Civil Procedure 41(a) and (c) that the Court enter the accompanying Order of Dismissal.

Dated: April 11, 2013

By:

/s/ Jeffrey B. Plies
Martin J. Black - LEAD ATTORNEY
martin.black@dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Jeffrey B. Plies (State Bar No. 24027621)
Jeff.Plies@dechert.com
Stephen R. Dartt (State Bar No. 24042370)
Stephen.Dartt@dechert.com
DECHERT LLP
300 W. 6th Street
Suite 2010
Austin, TX 78701
(512) 394-3000

Otis W. Carroll
Texas Bar No. 03895700
Patrick Kelley
Texas Bar No. 11202500
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
(903) 561-1600
(903) 581-1071 (fax)
nancy@icklaw.com
patkelley@icklaw.com

*Attorneys for Plaintiffs Hitachi Consumer Electronics Co., Ltd. and Hitachi Advanced Digital, Inc.*

By:

*/s/ Kevin G. McBride (with permission)*
Todd E. Landis
Eric J. Klein
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343
Email: tlandis@akingump.com
Email: eklein@akingump.com

Kevin G. McBride
AKIN GUMP STRAUSS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071
Direct: +1 213.254.1290
Fax: +1 310.229.1001
Email: kmcbride@akingump.com

Daniel L. Moffett
State Bar No. 24051068
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Covent Street, Suite 1500
San Antonio, Texas 78205
Telephone: 210.281.7000
Facsimile: 210.224.2035
Email: dmoffett@akingump.com

Charles Everingham IV
State Bar No. 00787447
AKIN GUMP STRAUSS HAUER & FELD LLP
Austin Bank Building
911 West Loop 281, Suite 412
Longview, Texas 75604
Telephone: 903.297.7404
Facsimile: 903.297.7402
Email: ceveringham@akingump.com

*Attorneys for Defendant VIZIO, Inc.*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 11, 2013.

                                                        */s/ Jeffrey B. Plies*
                                                        Jeffrey B. Plies