IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., TPV INT'L (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs Hitachi Consumer Electronics, Co., Ltd. and Hitachi Advanced Digital, Inc. and Defendant VIZIO Inc. (collectively "the parties") Stipulated Motion For Dismissal. The motion is GRANTED. Accordingly, it is hereby ORDERED that:

1. All claims, defenses and counterclaims in the above-captioned action between the parties are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court retains jurisdiction to enforce the parties' Settlement Agreement.

**So ORDERED and SIGNED this 12th day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE