**FILED**

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

APR 1 2 2013

DAVID J. MALAND, CLERK

BY

DEPUTY _____

|  |  |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>        Plaintiffs,<br><br>   v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., *et al.*,<br><br>        Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br><br><br>**JURY** |

## VERDICT FORM

In answering the following questions, you are to follow all of the instructions I have

given you in the Court's charge.

## Question No. 1

Did Hitachi prove by a preponderance of the evidence that TPV infringed any of the claims of the Hitachi patents identified below?

**Answer "Yes" or "No" for each claim.**

### '310 Patent

Claim 7        No

### '375 Patent

Claim 26        no

Claim 30        no

### '497 Patent

Claim 15        no

Claim 16        no

### '243 Patent

Claim 4        no

Claim 5        no

Please go on to Question No. 2.

2

n/a

## Question No. 2

ANSWER QUESTION NO. 2 ONLY IF YOU ANSWERED "YES" FOR ANY OF THE
CLAIMS IN QUESTION 1.  OTHERWISE, DO NOT ANSWER QUESTION NO. 2.

If You found that TPV infringed one or more claims of a patent, did Hitachi prove by
clear and convincing evidence that TPV's infringement of that patent was willful?

**Answer "Yes" or "No" for each patent.**

'310 Patent      n/a

'497 Patent      n/a

'243 Patent      n/a

Please go on to Question No. 3.

## Question No. 3

For each asserted claim of the patents-in-suit, did TPV prove by clear and convincing evidence that such claim is invalid?

**Check the first column indicated as "valid" or check the second column indicated as "invalid," depending on your answer to Question Number 3.**

|  | VALID | INVALID |
|---|---|---|
| **'310 Patent** | | |
| Claim 7 | _____ | ✓ |
| **'375 Patent** | | |
| Claim 26 | _____ | ✓ |
| Claim 30 | _____ | ✓ |

Please go on to Question No. 4.

4

## Question No. 4

ANSWER QUESTION NO. 4 ONLY IF YOU HAVE FOUND AT LEAST ONE
PATENT CLAIM LISTED IN QUESTION 1 INFRINGED AND NOT INVALID.
OTHERWISE DO NOT ANSWER QUESTION 4.

What sum of money, if paid now in cash, do you find from a preponderance of the
evidence would fairly and reasonably compensate Hitachi for TPV's past infringement?
Only award damages for those patents you find infringed and not invalid.

$   *0.00*

Signed this *12th* day of April, 2013.