FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 12 2013

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD., *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br>**JURY** |

## **VERDICT FORM**

In answering the following questions, you are to follow all of the instructions I have given you in the Court's charge.

## Question No. 1

Did Hitachi prove by a preponderance of the evidence that TPV infringed any of the claims of the Hitachi patents identified below?

**Answer "Yes" or "No" for each claim.**

**'310 Patent**

    Claim 7     No

**'375 Patent**

    Claim 26     no

    Claim 30     no

**'497 Patent**

    Claim 15     no

    Claim 16     no

**'243 Patent**

    Claim 4     no

    Claim 5     no

Please go on to Question No. 2.

n/a

### Question No. 2

ANSWER QUESTION NO. 2 ONLY IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS IN QUESTION 1. OTHERWISE, DO NOT ANSWER QUESTION NO. 2.

If You found that TPV infringed one or more claims of a patent, did Hitachi prove by clear and convincing evidence that TPV's infringement of that patent was willful?

**Answer "Yes" or "No" for each patent.**

'310 Patent    n/a

'497 Patent    n/a

'243 Patent    n/a

Please go on to Question No. 3.

3

**Question No. 3**

For each asserted claim of the patents-in-suit, did TPV prove by clear and convincing evidence that such claim is invalid?

**Check the first column indicated as "valid" or check the second column indicated as "invalid," depending on your answer to Question Number 3.**

|  | VALID | INVALID |
|---|---|---|
| **'310 Patent** | | |
| Claim 7 | | ✓ |
| **'375 Patent** | | |
| Claim 26 | | ✓ |
| Claim 30 | | ✓ |

Please go on to Question No. 4.

## Question No. 4

ANSWER QUESTION NO. 4 ONLY IF YOU HAVE FOUND AT LEAST ONE PATENT CLAIM LISTED IN QUESTION 1 INFRINGED AND NOT INVALID. OTHERWISE DO NOT ANSWER QUESTION 4.

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Hitachi for TPV's past infringement? Only award damages for those patents you find infringed and not invalid.

$ _0.00_____

Signed this 12th day of April, 2013.