Case 2:10-cv-00260-JRG   Document 354   Filed 04/25/13   Page 1 of 3 PageID #: 12471
Case 2:10-cv-00260-JRG   Document 354   Filed 04/25/13   Page 1 of 3 PageID #: 12471

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO., LTD., and HITACHI ADVANCED DIGITAL, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV INTERNATIONAL (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD., and VIZIO, INC.,<br><br>   Defendants. | CIVIL ACTION NO. 2:10-CV-260-JRG<br><br>JUDGE: RODNEY GILSTRAP |

**DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT AND TAXABLE COSTS**

  Defendants Top Victory Electronics (Taiwan) Co. Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co., Ltd., TPV Electronics (Fujian) Co. Ltd., and TPV Technology Ltd. (collectively, "Defendants" or "TPV") respectfully request that the Court grant their Motion for Entry of Judgment and Taxable Costs, as set forth below.

  On April 12, 2013, after a five-day jury trial, the jury found that Defendants have not infringed Claim 7 of U.S. Patent No. 7,286,310, Claims 26 or 30 of U.S. Patent No. 8,009,375, Claims 15 or 16 of U.S. Patent No. 5,502,497, or Claims 4 or 5 of U.S. Patent No. 6,549,243. (Dkt. No. 335 at 2.) The jury also found that Defendants proved by clear and convincing evidence that Claim 7 of U.S. Patent No. 7,286,310 and Claims 26 and 30 of U.S. Patent No. 8,009,375 are invalid. (*Id*. at 4.)

As the prevailing party in this litigation, Defendants are also entitled to their taxable costs as a matter of course, pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920.

Accordingly, Defendants respectfully request that the Court grant their Motion for Entry of Judgment and Taxable Costs, and enter the judgment in the form attached hereto.

Dated:  April 25, 2013                    Respectfully submitted,


/s/  Mark A. Samuels
Mark A. Samuels (*Pro Hac Vice*) - *Lead Counsel*
Brian M. Berliner (*Pro Hac Vice*)
Ryan K. Yagura (*Pro Hac Vice*)
Vision L. Winter (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000

Deron R. Dacus (Texas Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Telephone and Fax:  (903) 705-1117

Todd E. Landis (Texas Bar No. 24030226)
Eric J. Klein (Texas Bar No. 24041258)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
Telephone:  (214) 969-2800

Daniel L. Moffett (Texas Bar No. 24051068)
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Covent Street, Suite 1500
San Antonio, TX  78205
Telephone:  (210) 281-7000

*Attorneys for Defendants Top Victory Electronics (Taiwan) Co., Ltd., TPV International (USA), Inc., TPV Electronics (Fujian) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., TPV Technology Ltd., and Envision Peripherals, Inc.*

## CERTIFICATE OF CONFERENCE

To the extent Rule CV-7(h) requires a conference of the parties for this motion, Defendants asked Plaintiffs on April 24, 2013 whether they would join in this motion or if they would oppose it. Plaintiffs did not indicate one way or the other what their position was with respect to the motion. Defendants believe that this motion is opposed and that there are likely to be open issues for the Court to resolve.

/s/ Mark A. Samuels
Mark A. Samuels

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 25, 2013. All other counsel of record will be served via facsimile or first class mail.

/s/ Mark A. Samuels
Mark A. Samuels