IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HITACHI CONSUMER ELECTRONICS CO. LTD., et al., <br> *Plaintiffs,* <br><br> V. <br><br> TOP VICTORY ELECTRONICS (TAIWAN) CO LTD, et al., <br> *Defendants.* | § § § § § § § § § § <br><br> CAUSE NO. 2:10-CV-260-JRG |

## FINAL JUDGMENT

Before the Court is Defendants Top Victory Electronics (Taiwan) Co. Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co., Ltd., TPV Electronics (Fujian) Co. Ltd., and TPV Technology Ltd.'s (collectively, "Defendants" or "TPV") Motion for Entry of Judgment and Taxable Costs (Dkt. No. 354). A jury trial commenced in this case on April 8, 2013, and the jury reached and returned its unanimous verdict on April 12, 2013. (Dkt. No. 335.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court **ORDERS AND ENTERS JUDGMENT** as follows:

1. TPV does not infringe Claim 7 of U.S. Patent No. 7,286,310.

2. TPV does not infringe Claims 26 or 30 of U.S. Patent No. 8,009,375.

3. TPV does not infringe Claims 15 or 16 of U.S. Patent No. 5,502,497.

4. TPV does not infringe Claims 4 or 5 of U.S. Patent No. 6,549,243.

5. Claim 7 of U.S. Patent No. 7,286,310 is invalid.

6.	Claims 26 and 30 of U.S. Patent No. 8,009,375 are invalid.

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that TPV is the prevailing party in this matter and is entitled to costs consistent therewith. All pending motions are hereby **DENIED**.

**So ORDERED and SIGNED this 19th day of September, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE