# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1095

### HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC.,

*Plaintiffs- Appellees,*

v.

### ENVISION PERIPHERALS, INC., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV INTERNATIONAL (USA), INC., TPV TECHNOLOGY LTD., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., and TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.,

*Defendants - Appellants.*

Appeal from the United States District Court for the Eastern District of Texas in
No. 2:10-cv-00260-JRG Judge J. Rodney Gilstrap.

## __MANDATE__

In accordance with the judgment of this Court, entered December 12, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, Eastern District of Texas (Marshall)
Jonathan Hacker
Deanne Maynard