# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1047

**HITACHI CONSUMER ELECTRONICS CO., LTD., HITACHI ADVANCED DIGITAL, INC.,**
*Plaintiffs - Appellants*

**v.**

**TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV INTERNATIONAL (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV TECHNOLOGY LTD.,**
*Defendants - Appellees*

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:10-cv-00260-JRG Judge J. Rodney Gilstrap

## MANDATE

In accordance with the judgment of this Court, entered September 15, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

    FOR THE COURT

    /s/ Daniel E. O'Toole

    Daniel E. O'Toole
    Clerk of Court


cc: Clerk of Court, Eastern District of Texas (Marshall)